AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| Samantha Jo Folio ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  1:22-cv-109 |
| Alorica, Inc. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:   The R&R [ECF No. 163] is ADOPTED IN PART, to the extent that the facts and analysis are the same as included herein, and it is REJECTED IN PART, to the extent that they are not; Alorica's motion for summary judgment is Granted [ECF 125]; all other pending motions are DENIED AS MOOT; this action is DISMISSED WITH PREJUDICE and SRICKEN from the docket   .

This action was *(check one)*:

☒ decided by Judge     Thomas S. Kleeh

Date:     09/30/2024

CLERK OF COURT

Cheryl Dean Riley

/s/ S. Cole

*Signature of Clerk or Deputy Clerk*